IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON D. PHILLIPS,

   Plaintiff,

    v.

CITY OF ATLANTA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3616-TWT

**ORDER**

    This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 37] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 22]. In 1,475 paragraphs, the Plaintiff sets forth a dozen years worth of turmoil, conflict and strife that accompanied the Plaintiff in her employment with the Atlanta Police Department. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Amended Complaint should be dismissed as a shotgun pleading. Furthermore, the Plaintiff fails to allege any facts that plausibly suggest a causal relationship between the turmoil, conflict and strife and the Plaintiff's race or age. The Court approves

and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 22] is granted.

SO ORDERED, this 26 day of September, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge